# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **WILLIE WHITE, JR.,** *Petitioner,* v. **SGT. TATIYANNA GONZALES,** *Respondent.* | **CIVIL ACTION** **NO. 22-1226** |

**O R D E R**

**AND NOW**, this 20th day of September, 2023, upon review of the Defendant's Motion for Summary Judgment (ECF No. 37), Plaintiff's Motion (ECF No. 48), and all submissions related thereto, Defendant's Motion for Summary Judgment is **GRANTED**.

BY THE COURT:

*/s/ Michael M. Baylson*
_____
**MICHAEL M. BAYLSON, U.S.D.J.**

O:\CIVIL 22\22-1226 White v. Gonzales et al\White v. Gonzales SJ Order.docx